OPAL L. CARROLL v. BURLINGTON INDUSTRIES AND LIBERTY MUTUAL INSURANCE COMPANY AND AMERICAN MOTORISTS INSURANCE COMPANY

No. 416A86

(Filed 7 April 1987)

APPEAL by plaintiff pursuant to N.C.G.S. 7A-30(2), from a divided decision of the Court of Appeals, 81 N.C. App. 384, 344 S.E. 2d 287 (1986), affirming an Opinion and Award of the North Carolina Industrial Commission filed 8 July 1985 and denying plaintiff compensation.

*Frederick R. Stann for plaintiff appellant.*

*Hedrick, Eatman, Gardner & Kincheloe by J. A. Gardner, III, for defendant appellees Burlington Industries and American Motorists Insurance Company.*

*Golding, Crews, Meekins & Gordon by Michael K. Gordon for defendant appellees Burlington Industries and Liberty Mutual Insurance Company.*

PER CURIAM.

Affirmed.